FILED
2015 APR 10 A 9: 43

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV-15-80115 MISC

IN THE MATTER OF

Steven Gregory Kaplan - #137381

ORDER TO SHOW CAUSE RE
SUSPENSION FROM MEMBERSHIP
IN GOOD STANDING OF THE BAR
OF THE COURT

TO:  Steven Gregory Kaplan

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Placed on court ordered inactive status and may not practice law or hold themselves out as eligible to practice law while so enrolled effective March 21, 2015.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before May 26, 2015,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after May 26, 2015, absent further order of this Court.

IT IS SO ORDERED.

Dated: April 10, 2015

JAMES DONATO
United States District Judge

*Form updated July 2012*